[No. 18446-3-III. Division Three. February 15, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. WINTO JEROME EVERETTE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-1-01750-4, Gregory D. Sypolt, J., entered May 7, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 25428-0-II. Division Two. February 15, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. KYLE LYNN BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 99-1-00379-1, David E. Foscue, J., entered December 20, 1999. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Bridgewater and Quinn–Brintnall, JJ.

[No. 24917-1-II. Division Two. February 15, 2001.]

JAMES H. LEMON, *Appellant*, v. DOCK STREET PARTNERS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-2-10857-5, John A. McCarthy, J., entered June 25, 1999. *Reversed* by unpublished opinion per Houghton, J., concurred in by Seinfeld and Quinn-Brintnall, JJ.

[No. 24646-5-II. Division Two. February 15, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. CASSANDRA LYNNE TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-00061-1, Grant L. Anderson, J., entered June 22, 1998. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, A.C.J., and Morgan, J.